IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JACQUELINE DEWITT,                       Civil File No. 10-CV-00602-NKL

    Plaintiff,

vs.                                         **NOTICE OF DISMISSAL**
                                                        **WITH PREJUDICE**

JAMES A. WEST, P.C.,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                       Respectfully submitted,

Dated:  July 27, 2010                   By  /s/J. Mark Meinhardt
                                                       J. Mark Meinhardt, #53501
                                                         4707 College Boulevard, Suite 100
                                                         Leawood, KS  66211
                                                         (913) 451-9797
                                                         (913) 451-6163 (fax)
                                                         ATTORNEY FOR PLAINTIFF