IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JACQUELINE DEWITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-00602-CV-W-NKL |
| | ) |
| JAMES A. WEST P.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 27th day of July, 2009, the Plaintiff having filed a Notice of Dismissal With Prejudice (Doc. 15), pursuant to Fed. R. Civ. P. 41(a)(1)(i), it is hereby

ORDERED that the above-captioned action be, and hereby is dismissed with prejudice, without costs to any party.

                                            AT THE DIRECTION OF THE COURT

                                            ANN THOMPSON, Clerk

                                            s/ Renea Kanies

                                            By     Renea Kanies
                                                           Courtroom Deputy

Date: August 3, 2010